**U.S. Department of Justice**



United States Attorney
Southern District of New York
The Silvio J. Mollo Building

---

One Saint Andrew's Plaza
New York, New York  10007

October 6, 2008

*By Facsimile*

The Honorable  John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

> Re:   United States v. Raffaello Follieri,
>         08 Cr. 850 (JGK)

Dear Judge Koeltl:

      The parties were informed by your Deputy Clerk that the sentencing in the above-captioned case is currently scheduled for October 24.  Having conferred with counsel for the defendant Raffaello Follieri, Flora Edwards, Esq., the parties jointly request that the Court schedule Follieri's sentencing on Monday, October 20 at any time, or Tuesday, October 21 at or after 3:30 p.m.  Alternatively, the parties request a date other than October 24 for the sentencing.

      Respectfully submitted,

      LEV L. DASSIN
      Acting United States Attorney
      Southern District of New York

By:    //s// Reed M. Brodsky
      Reed M. Brodsky
      Assistant United States Attorney
      (212) 637-2492 (tel)
      (212) 637-2452 (fax)

cc:    Flora Edwards, Esq.
      (By e-mail)