

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 6, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-8-08

*By Facsimile*

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: United States v. Raffaello Follieri,
08 Cr. 850 (JGK)

Dear Judge Koeltl:

The parties were informed by your Deputy Clerk that the sentencing in the above-captioned case is currently scheduled for October 24. Having conferred with counsel for the defendant Raffaello Follieri, Flora Edwards, Esq., the parties jointly request that the Court schedule Follieri's sentencing on Monday, October 20 at any time, or Tuesday, October 21 at or after 3:30 p.m. Alternatively, the parties request a date other than October 24 for the sentencing.

SENTENCING ADJOURNED TO THURSDAY, OCTOBER 23, 2008 AT 2:30PM.

SO ORDERED

G Koeltl
U.S.D.J.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney
Southern District of New York

By: //s// Reed M. Brodsky
Reed M. Brodsky
Assistant United States Attorney
(212) 637-2492 (tel)
(212) 637-2452 (fax)

cc: Flora Edwards, Esq.
(By e-mail)