

U.S. Department of Justice

United States Attorney
Southern District of New York
The Silvio J. Mollo Building



One Saint Andrew's Plaza
New York, New York 10007

October 18, 2008

*By Facsimile*

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/17/08 |

Re: United States v. Raffaello Follieri,
08 Cr. 850 (JGK)

Dear Judge Koeltl:

In advance of the sentencing scheduled on October 23, 2008, I respectfully ask permission to file the Government's sentencing submission by no later than 12:00 noon on Monday, October 20, 2008. The Government received the sentencing memorandum of Raffaello Follieri on October 14, 2008. Although I have prepared a draft of the Government's submission, because of my responsibilities on other unrelated matters, I will not be able to complete the Government's submission until October 20, 2008.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney
Southern District of New York

By: *Reed M. Brodsky*
Reed M. Brodsky
Assistant United States Attorney
(212) 637-2492 (tel)
(212) 637-2452 (fax)

cc: Flora Edwards, Esq.
(By e-mail)

APPLICATION GRANTED
SO ORDERED

10/17/08

John G. Koeltl, U.S.D.J.

TOTAL P.02