# EXHIBIT 1



THE FOLLIERI GROUP L.L.C.
75 EAST 55TH ST. • NEW YORK, NY 10022 • (856) 817.6079

HOME MISSION STATEMENT   THE FOUNDATION      MANAGEMENT

© 2004-2005 The Follieri Group L.L.C. All rights reserved.

# AVV. PASQUALE FOLLIERI
# PRESIDENT

Born in 1945 in Foggia, Italy, approximately 60 miles northwest of Naples. Pasquale Follieri earned a law degree in 1970. He began the practice of law in Foggia, specializing in civil, commercial and sports law. Mr. Follieri has enjoyed a prestigious and diverse legal career. He has been appointed as the sole attorney for two of the most notable of Italian banks; Capitalia S.p.a and IntesaBci Gestione Crediti S.p.a.

Mr. Follieri became a member of the Council of Lawyers and Attorneys for the Court of Foggia, and from 1982 to 1986, he served as Treasurer. He was also Vice President of the Council of Administration of the Chamber of Arbitration for C.C.I.A.A. (Chamber of Commerce for Craftsmanship and Agriculture) of Foggia. In 1992, he was asked to be the Commissioner Controller for C.C.I.A.A. – USI.

In 1986, Mr. Follieri was appointed to a seat on the Court of Cassation (comparable to the United States Supreme Court) and has also been appointed, by the judges of the Court of Foggia, Curator of Bankruptcy and Judicial Commissioner of Primary Procedures. Since 1985, he has also served as the Tributary Judge of the Tributary Commission of Bari.

Mr. Follieri has also had a noteworthy career as a journalist. In 1970 he began contributing to the newspaper Il Tempo. In 1980, the Director of Il Tempo, Dr. Gianni Letta, appointed him to the position of Editorial Director of the paper's edition in Southern Italy until 1987, when the paper folded.

From 1980 to 1996, Mr. Follieri was also the Foggia province's correspondent for A.N.S.A, Italy's largest press agency. From 1982 to 1992, he served as Vice President of Stampa di Capitanata, the newspaper of record in Foggia. In addition, he was Director of the Council of Journalists of Bari from 1984 to 1987, and Editorial Director of the legal magazine La Virgola from its inception in 1985 to the present.

In August, 1983, the President of the Puglia region nominated Mr. Follieri Special Commissioner of the Consortium of Industrial Development for Foggia. After establishing the fundamental elements of the Consortium, he transformed it into the Public Economic

Organization. In 1994 he was elected to the Assembly of Members, and served as its President until 1999.

From 1994 to 1999, Follieri was a member of F.I.C.E.I. (Italian Federation of Consortia and Industrial Parks) and was elected acting Vice President from 1994 to 1999. He was also coordinator of the Puglia region's section of the F.I.C.E.I. Service S.R.L.

Other major appointments and posts in Mr. Follieri's career include:

• President of A.S.I Infoservice S.R. L., a company that produces information systems for industrial manufacturers.

• Founder and President of Tecnoambiente, a public construction company, until 1999.

• Vice President of Daunia Development until November 1999.

• General Delegate of the Province of Foggia for the environmental protection agency, Marevivo from 1987 to 1996.

• General Delegate for the Puglia region of the Parco Marino Delle Isole Tremiti (Seaside Park in the Tremiti Islands) since December 1996. He was a member of the Provisional Planning Committee for the Park from 1987 to 1997.

• The Environmental minister appointed him Member of the Committee of the National Park of Gargano from 1997 to 2000.

• A member of the Rotary Club since 1984, and Vice President of the Club in 2002 and 2003.

Since March 2002, Mr. Follieri has served as President of EFFE Holdings. In early 2003, Mr. Follieri and his son, Raffaello Follieri, formed The Follieri Group, LLC in North America.

# RAFFAELLO FOLLIERI
## CHAIRMAN & CEO

Born in 1978 in St. Giovanni Rotondo in Southern Italy, Raffaello Follieri was raised in Foggia, Italy. After studying Italian literature at the Liceo Classico, he earned his Bachelor's Degree in Law and Economics at La Sapienza, the University of Rome. An internship at the Gruppo Follieri in both Rome and Paris provided Mr. Follieri with an education in land production, agriculture, tourism, trade, production and distribution.

While still attending the University of Rome, Mr. Follieri founded a cosmetics company, Beauty Planet, S.R.L., producing mass market hair and body care products. One of the

company's most noteworthy successes was the prestige hair and body care line Shatoosh, licensed by an internationally-renowned hairstylist in 2000.

Following the tremendous success of Beauty Planet S.R.L., Mr. Follieri formed Beauty Planet, North America. Mr. Follieri sold the company in late 2002 to serve as Executive Vice President of EFFE Holdings, a London based, privately held investment firm.

EFFE purchases large real estate packages from government holdings in Europe and the Middle East. The firm is also active in oil trading as well as gold and diamond mining.

As Executive Vice President of EFFE, Mr, Follieri focused on new business development and government relations for Middle Eastern operations. He was also responsible for directing mining operations in Gambia, Senegal and Angola, Mr. Follieri worked closely with key government officials in Africa to enhance the development of natural resources.

After serving in Africa for six months, Mr. Follieri returned to Italy to oversee the Italian subsidiary of EFFE Holdings as CEO. Working closely with key members of the Italian government, he directed a multi-billion dollar foreign investment fund.

In early 2003, Mr. Follieri and his father, Avv. Pasquale Follieri, formed The Follieri Group LLC. His charitable endeavors include providing no-cost vaccinations in South America and the implementation of community service programs for The Follieri Group's North American properties.

---

© 2004-2005 The Follieri Group L.L.C. All rights reserved.

*Website Design by JayAl Consulting*

# EXHIBIT 2



**Company Details**

Name & Registered Office:
**EFFE HOLDING LIMITED**
**48 QUEEN ANNE STREET**
**LONDON**
**W1G 9JJ**
**Company No. 04597978**

**Status:** Dissolved 12/10/2004
**Date of Incorporation:** 22/11/2002

**Country of Origin:** United Kingdom
**Company Type:** Private Limited Company
**Nature of Business (SIC(03)):**
None Supplied
**Accounting Reference Date:** 30/11
**Last Accounts Made Up To:**  (NO ACCOUNTS FILED)
**Next Accounts Due:** 22/09/2004
**Last Return Made Up To:**
**Next Return Due:** 20/12/2003
**Previous Names:**
No previous name information has been recorded over the last 20 years.
**Branch Details**
There are no branches associated with this company.
**Oversea Company Info**
There are no Oversea Details associated with this company.

# EXHIBIT 3

*Il Cardinale Dario Castrillon Hoyos*                    Dal Vaticano, 8 marzo 2005

Egregio Dottor Raffaelo Follieri,

sono particolarmente lieto di ringraziarLa per la Sua grande generosità di far pervenire a questo Dicastero, attraverso le mani del mio stretto collaboratore, il Sotto-Segretario Mons. Giovanni Carrù, l'offerta di 20.000 Euro a favore dei sacerdoti più bisognosi, che hanno partecipato al Congresso Internazionale organizzato a Malta dalla Congregazione per il Clero.

Mons. Giovanni Carrù mi ha parlato dell'impegno professionale nel campo dell'edilizia, che Lei sta portando avanti con successo, serietà e dedizione, per il quale Le formulo di tutto cuore gli auspici di ogni bene.

A Lei e ai Suoi collaboratori mi è caro far giungere una copia del libro degli Atti del nostro Congresso a Malta, che raccolgono tutti gli interventi dei Relatori, sperando che la lettura di queste pagine possano giovare allo spirito, in mezzo a tanti impegni professionali.

Ancora una volta Le esprimo la gratitudine per la Sua generosità e di tutto cuore Le assicuro la mia preghiera per Lei e la Sua famiglia, impartendoLe la mia benedizione,

nel Signore

*Dario Card Castrillon*

All'Egregio Dottor Raffaello Follieri
Sede Legale Londra

<u>DRAFT  TRANSLATION</u>

[logo]                                              From the Vatican, march 8, 2005

*Dario Cardinal Castrillon Hoyos*

Dear Mr. Follieri,

     It gives me particular pleasure to thank you for your tremendously generous of your offer of 20,000 euros which was brought to this office by my close associate, Deputy Secretary Mons. Giovanni Carru. [I understand that this offer is] for those priests who are most in need who attended the International Conference in Malta which was organized by the Congregation for the Clergy.

     Mons. Giovanni has spoken with me about your very successful professional activities in the building industry which you carry out with seriousness and devotion.  I wish you every heartfelt success.

     It is my pleasure to send you and your associates a copy of the book which recorded the events at our Conference in Malta, which contains all of the speeches that were given there.  I hope that by reading these pages you will find spiritual inspiration as you continue with your many professional duties.

     I wish to thank you once again for your generosity and please know that I will be including you and your family always in my prayers.  I send you my blessings,

                   In Christ,

                   [signed: Dario Cardinal Castrillon]

# EXHIBIT 4

Case 1:08-cr-00850-JGK   Document 26-2   Filed 10/20/08   Page 11 of 66



Vaticano, 8 marzo 2006

Egregio Signor Raffaello Follieri,

Sento il dovere di manifestarLe il mio disagio nel vedere che in alcuni casi la Sua compagnia continui ad essere presentata come vincolata "al Vaticano", per il fatto che il mio nipote, l'Ing. Andrea, abbia accettato di prestarLe, in qualche caso, una sua consulenza professionale.

Non so come sia sorto il penoso equivoco, ma ora è necessario per il futuro evitare tale confusione.

Faccio, quindi, appello alla Sua sensibilità al riguardo. Informerò di tale mio scritto sia il nipote Andrea, sia coloro che mi hanno chiesto notizie al riguardo della Sua Ditta.

Colgo l'occasione per augurarLe ogni bene.

Cordialmente,

+Angelo Card. Sodano

Pregiatissimo Signore
Dott. RAFFAELLO FOLLIERI
NEW YORK

The Vatican, March 8, 2006

Dear Mr. Raffaello Follieri,

        I feel it is my duty to tell you how perturbed I am to hear that your company continues to occasionally present itself as having ties to "the Vatican," due to the fact that my nephew, Andrea, has agreed on some occasions to provide you with professional consulting services.

        I do not know how this distressing misunderstanding could have occurred, but it is <u>necessary</u> now to avoid such confusion in the future.

        I do, therefore, appeal to your sensibility to be careful with respect to this matter. I shall accordingly inform my nephew Andrea as well as anyone else who has asked me for information regarding your firm.

        I take this opportunity to send you my regards.

        Cordially,

        Angelo Cardinal Sodano

Mr. Raffaello Follieri, Esq.
New York

# EXHIBIT 5

*Studio Legale Stajano*
*Via Lisbona 12*
*00100 Roma*

January 2006

Kittsdeale
Panama

## INVOICE

Office Rent – Period January – June 2006

EURO 60,000.00

*Studio Legale Stajano*
*Via Lisbona 12*
*00100 Roma*

June 2006

Kittsdeale
Panama

## INVOICE

Office Rent – Period June – December 2006

EURO 60,000.00

YUC 000060

# EXHIBIT 6

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

### INVOICE

| DATE | INVOICE |
|------|---------|
| 06/20/05 | 1608 |

| Bill To: |
|----------|
| Follieri Yucaipa Investments |

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Services:** | | |
| **St. Clemtents-** 2210 S. 71st Street, 2220 S. 71st Street, 2240 S. 71st Street, 7101 Paschall Avenue, Philadelphia PA | | $20,000 |
| **Long Grove-** Old Hicks Rd and Checker, Long Grove Lake county, IL | | $35,000 |
| **Authorized by:** | **Subtotal:** | |
| | **Total:** | **$55,000** |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000020

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**INVOICE**

| DATE | INVOICE |
|------|---------|
| 07/25/05 | 1672 |

Bill To:

Follieri Yucaipa Investments

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Services:** | | |
| **Transfiguration-** 5501-41 Cedar Avenue, Philadelphia, PA | | $20,000 |
| **St. Clemtents-** 2210 S. 71st Street, 2220 S. 71st Street, 2240 S. 71st Street, 7101 Paschall Avenue, Philadelphia PA | | $20,000 |
| **Authorized by:** | **Subtotal:** | |
| | **Total:** | **$40,000** |

*PAID*

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000021

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|---|---|
| 08-22-05 | 2213 |

**Bill To:**

Follieri Yucaipa Investments

| Description | Rate | Amount |
|---|---|---|
| **Engineering Services:** | | $75,000.00 |
| **Authorized By:** | **Subtotal:** | |
| | **Total:** $75,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000026

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

### INVOICE

| DATE | INVOICE |
|------|---------|
| 09/12/05 | 1763 |

Bill To:

Follieri Yucaipa Investments

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Services:** | | |
| **Atlantic City, NJ** | | $15,000 |
| **Orland Park** | | $80,000 |
| **Authorized by:** | | |
| | **Subtotal:** | |
| | **Total:** | **$95,000** |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000022

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

### INVOICE

| DATE | INVOICE |
|---|---|
| 10/21/05 | 1808 |

| Bill To: |
|---|
| Follieri Yucaipa Investments |

| Description | Rate | Amount |
|---|---|---|
| **Engineering Services:** | | |
| **Consulting Services** | | |
| **Canyon City** | | $70,000 |
| **Orland Park** | | $50,000 |
| **Authorized by:** | **Subtotal:** | |
| | **Total:** | **$120,000** |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000023

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 10-21-05 | 2520 |

**Bill To:**

Follieri Yucaipa Investments

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Services:** | | $75,000.00 |
| | | |

| | | |
|---|---|---|
| **Authorized By:** | **Subtotal:** | |
| | **Total: $75,000.00** | |

---

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000029

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|---|---|
| 12-31-05 C | 2792 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|---|---|---|
| **Real estate Advisory Services:** | | |
| Long grove | $10,000.00 | |
| | | |
| **Authorized By:** PAGATO | **Subtotal:** | |
| | **Total:**  $10,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

Already paid

YUC 000030

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 02-12-06 | 2854 |

**Bill To:**

Follieri Yucaipa Investments

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Services:** | | $50,000.00 |
| **Authorized By:** | **Subtotal:** | |
| | **Total:**  $50,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000019

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 02-16-06 | 2858 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Canon City | $50,000.00 | |
| | | |
| **Authorized By:** PAGATO | **Subtotal:** | |
| | **Total:**   $50,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000031

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|---|---|
| 02-16-06 B | 2859 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|---|---|---|
| **Real estate Advisory Services:** | | |
| Atlantic City | $25,000.00 | |
| **Authorized By:** | **Subtotal:** | |
| | **Total:** $25,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000032

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 03-01-06 | 3015 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Suzy Q | $25,000.00 | |
| | | |
| **Authorized By:** PAGATO | **Subtotal:** | |
| | **Total:**   $25,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000033

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|---|---|
| 03-01-06 B | 3016 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|---|---|---|
| **Engineering Advisory Services:** | | |
| Gerard Avenue | $40,000.00 | |
| | | |
| | Subtotal: | |
| **Authorized By:** PAGATO | **Total:** $40,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*



YUC 000034

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 05-16-06 | 3484 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Saint Steven – Trenton | $10,000.00 | |
| Authorized By:   PAGATO | Subtotal: | |
| | **Total:**   $10,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000035

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

### Invoice

| Date: | Invoice: |
|-------|----------|
| 05-16-06 B | 3485 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Detroit Package | $10,000.00 | |
| **Authorized By:** | **Subtotal:** | |
| | **Total:**   $10,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000036

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 05-16-06 C | 3486 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Pittsbourgh | $20,000.00 | |

| Authorized By: | Subtotal: | |
|----------------|-----------|--|
| | **Total:** | $20,000.00 |

ing. Andrea Sodano
Via M. d'Azeglio 34 - 14100 Asti - Italia
tel./fax: +39-0141-55.73.40 (r.a.)

YUC 000037

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 05-16-06 D | 3487 |

Bill To:

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Advisory Services:** | | |
| Denver – Phase 1 | $30,000.00 | |

| Authorized By: PAGATO | Subtotal: | |
|-----------------------|-----------|--|
| | **Total:** $30,000.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000038

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

### Invoice

| Date: | Invoice: |
|-------|----------|
| 06-30-06 | 3572 |

| Bill To: |
|----------|
| Follieri Yucaipa Investments |
| 350 Park Avenue – New York, NY 10022 |

| Description | Rate | Amount |
|-------------|------|--------|
| **Real estate Advisory Services:** | | |
| Canon City | $13,075.00 | |
| **Authorized By:** | Subtotal: | |
| | **Total:**   $13,075.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000039

# STUDIO TECNICO ING. SODANO

## INGEGNERIA DAL 1964

**Invoice**

| Date: | Invoice: |
|-------|----------|
| 06-30-06 B | 3573 |

**Bill To:**

Follieri Yucaipa Investments

350 Park Avenue – New York, NY 10022

| Description | Rate | Amount |
|-------------|------|--------|
| **Engineering Advisory Services:** | | |
| Denver – Phase 2 | $39,225.00 | |
| | | |
| **Authorized By:** RAGATO | **Subtotal:** | |
| | **Total:** $39,225.00 | |

*ing. Andrea Sodano*
*Via M. d'Azeglio 34 - 14100 Asti - Italia*
*tel./fax: +39-0141-55.73.40 (r.a.)*

YUC 000040

# EXHIBIT 7

# PROGETTI VITA ETERNA
**Corso Magenta 29/A**
**20100 Milano**

Giugno 2006

Keatsdale
Panama

Ref: n. 00450 – Progetto Mausoleo

Gentile Signor Follieri,

Siamo ancora in attesa della differenza Euro/US $ e del saldo dei lavori relativi
al Progetto Mausoleo nell'ammontare totale di        Euro 200,000.00

*[handwritten: $266,000  x1.3]*

        Pagato:      US $ 150,000.00
        **Differenza:  Euro 90,000.00** *[handwritten: = $123,300  Difference still Due   Transfiguration]*

Cordialmente

*[signature]*

Progetti Vita Eterna
Milano

*[signature]*

# EXHIBIT 8

Header

| | | |
|---|---|---|
| FROM | : | Raffaello Follieri </O=FOLLIERI/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RFOLLIERI> |
| TO | : | 'nathalie.puig@hsbcpb.com' |
| DATE | = | 05/04/2007 |
| TIME | : | 14:45:24 GMT |
| GMT_DATE | = | 05/04/2007 |
| GMT_TIME | : | 14:45:24 GMT |
| SUBJECT | : | Fw: Coordinate Bancarie |
| FOLDER | : | \ExMerge - Raffaello Follieri\Sent Items |
| MESSAGEID | : | 68699a02e4ce564db6e375ee890b0f6c084047@fol-exch-01.thefollieri.com |
| MESSAGEINDEX | = | 0000000581 |
| ENTRYID | : | 000000008934A8AC8D482549801E31ABFFE70C68A4D02400 |
| BODY | : | Please execute transfer of 150000 € when found are ready to follieri spa from keetdale int . RF |

      ----- Original Message -----
      From: CCDDS <UffLit@ccdds.va>
      To: Raffaello Follieri
      Sent: Thu May 03 04:48:31 2007
      Subject: Coordinate Bancarie

      Come chiestomi da Tuo Padre,
      caro Raf ti invio le coordinate Bancarie del Conto Italiano:
      FILIALE DEUTSCHE BANK
      ROMA SPORTELLO B
      CONTO: 58200820276
      IBAN: IT62X0310403202000000820276
      INTESTATO A FOLLIERI SPA
      VIA DI MONTE GIORDANO 36
      00186 ROMA

      Un abbraccio
      Tonino


| | | |
|---|---|---|
| SOURCE | : | RFOLLIER.PST |

Header

FROM          : Raffaello Follieri </O=FOLLIERI/OU=FIRST ADMINISTRATIVE
                GROUP/CN=RECIPIENTS/CN=RFOLLIERI>
TO            : 'nathalie.puig@hsbcpb.com'
DATE          = 05/03/2007
TIME          : 13:15:43 GMT
GMT_DATE      = 05/03/2007
GMT_TIME      : 13:15:43 GMT
SUBJECT       : Re: swift copy
FOLDER        : \ExMerge - Raffaello Follieri\Sent Items
MESSAGEID     : 68699a02e4ce564db6e375ee890b0f6c08403f@fol-exch-01.thefollieri.com
MESSAGEINDEX  : 0000000589
ENTRYID       : 000000008934A8AC8D482549801E31ABFFE70C68A4D12400
BODY          : Please nathalie execute 52000 $ transfer from keetdale int . To the follieri group llc " jp morgan
                chase.     Acc 151161472565. Aba 021000021.     Whit today date of arrival . Thanks . RF

                ----- Original Message -----
                From: nathalie.puig@hsbcpb.com <nathalie.puig@hsbcpb.com>
                To: Raffaello Follieri
                Cc: fabrice.russo@hsbcpb.com <fabrice.russo@hsbcpb.com>; chrystelle.zeller@hsbcpb.com
                <chrystelle.zeller@hsbcpb.com>
                Sent: Thu May 03 08:01:38 2007
                Subject: swift copy


                Dear Mr Follieri,


                Please find enclosed copy of the swift requested

                {1:F01BLICMCMCAXX0000000000}
                {2:I103MRMDUS33XXXXN}
                {3:{108:9400000000000TR}}
                {4:
                :20:FBC/TR-0766568
                :23B:CRED
                :32A:070503USD3000000,
                :50K:/MC5813488000010060223000597
                    RAFFAELLO FOLLIERI
                :52A:BLICMCMC
                :56A:CHASUS33
                :57A:SELBIT2B
                :59:/M652582169051
                    NOTAIO ANTONIO MANZI
                :70:FAV NOTAIO ANTONIO MANZI
                :71A:OUR
                :72:/ACC/HELD AT BANCA SELLA AGENZIA
                    //ROMA 13 CAB:03213-6


                Best regards
                _____
                Nathalie Puig
                Fondé de Pouvoir, Clientèle Privée


                HSBC Private Bank (Monaco) S.A. D
                17, avenue d'Ostende
                MC 98000 MONACO
                Direct: +377 93 15 25 93 / Fax: +377 93 15 25 00
                E-mail: nathalie.puig@hsbcpb.com

Header

---

SAVE PAPER - THINK BEFORE YOU PRINT!

---

This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail. Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

---

SOURCE          :   RFOLLIER.PST

Header

| | |
|---|---|
| FROM | : nathalie.puig@hsbcpb.com |
| TO | : Raffaello Follieri </O=FOLLIERI/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RFOLLIERI> |
| CC | : fabrice.russo@hsbcpb.com, chrystelle.zeller@hsbcpb.com |
| DATE | = 05/03/2007 |
| TIME | : 14:01:38 +0200 |
| GMT_DATE | = 05/03/2007 |
| GMT_TIME | : 12:01:38 GMT |
| SUBJECT | : swift copy |
| FOLDER | : \ExMerge - Isa Bernocco\Inbox |
| HEADER | : Microsoft Mail Internet Headers Version 2.0 |

Received: from hsbcpb.com ([208.125.0.230]) by mailfol.thefollierigroup.com with Microsoft SMTPSVC (6.0.3790.3959);
    Thu, 3 May 2007 08:06:18 -0400
Received: from ([172.31.242.20])
    by mailtdgb.hsbcpb.com with ESMTP with TLS id 5202224.4343357;
    Thu, 03 May 2007 14:02:03 +0200
Received: from ([140.104.205.26])
    by mailtdga.ch.hibm.hsbc with ESMTP  id 5202185.3441930;
    Thu, 03 May 2007 14:01:42 +0200
To: rfollieri@thefollierigroup.com
Cc: fabrice.russo@hsbcpb.com,
    chrystelle.zeller@hsbcpb.com
Subject: swift copy
MIME-Version: 1.0
X-Mailer: Lotus Notes 652HF103 January 05, 2005
Message-ID: <OF11C2B612.CB41974C-ONC12572D0.0041E865-C12572D0.0042112D@hsbcrepublic.com>
From: nathalie.puig@hsbcpb.com
Date: Thu, 3 May 2007 14:01:38 +0200
Disposition-Notification-To: nathalie.puig@hsbcpb.com
X-MIMETrack: Serialize by Router on CH-SMTP-01/SERVERS/HSBC(Release 7.0.2FP1HF34 | February 2, 2007) at 05/03/2007 14:01:22,
    Serialize complete at 05/03/2007 14:01:22
Content-Type: multipart/alternative;
    boundary="=_alternative 0042112BC12572D0_="
Return-Path: nathalie.puig@hsbcpb.com
X-OriginalArrivalTime: 03 May 2007 12:06:18.0962 (UTC) FILETIME=[752B6320:01C78D7B]


--=_alternative 0042112BC12572D0_=
Content-Type: text/plain;
    charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable

--=_alternative 0042112BC12572D0_=
Content-Type: text/html;
    charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable


--=_alternative 0042112BC12572D0_=--

| | |
|---|---|
| MESSAGEID | : of11c2b612.cb41974c-onc12572d0.0041e865-c12572d0.0042112d@hsbcrepublic.com |
| MESSAGEINDEX | = 0000002525 |
| ENTRYID | : 0000000073CFE997F2E19E44A286B67400D0903BA46D2200 |
| BODY | : |

Dear Mr Follieri,


Please find enclosed copy of the swift requested

{1:F01BLICMCMCAXX0000000000}
{2:I103MRMDUS33XXXXN}

```
{3:{108:9400000000000TR}}
{4:
:20:FBC/TR-0766568
:23B:CRED
:32A:070503USD3000000,
:50K:/MC5813488000010060223000597
    RAFFAELLO FOLLIERI
:52A:BLICMCMC
:56A:CHASUS33
:57A:SELBIT2B
:59:/M652582169051
    NOTAIO ANTONIO MANZI
:70:FAV NOTAIO ANTONIO MANZI
:71A:OUR
:72:/ACC/HELD AT BANCA SELLA AGENZIA
    //ROMA 13 CAB:03213-6
```

Best regards
_____
Nathalie Puig
**Fondé de Pouvoir, Clientèle Privée**

**HSBC Private Bank (Monaco) S.A. D**
17, avenue d'Ostende
MC 98000 MONACO
Direct: +377 93 15 **25 93** / Fax: +377 93 15 25 00
E-mail: nathalie.puig@hsbcpb.com

_____

## SAVE PAPER - THINK BEFORE YOU PRINT!

_____

This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail. Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

_____

SOURCE          :  IBERNOCCO.PST

Header

| | | |
|---|---|---|
| FROM | : | G.LEVY-SOUSSAN@jacobsafra.com |
| TO | : | Raffaello Follieri </O=FOLLIERI/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RFOLLIERI> |
| DATE | = | 06/18/2007 |
| TIME | : | 15:20:35 +0200 |
| GMT_DATE | = | 06/18/2007 |
| GMT_TIME | : | 13:20:35 GMT |
| SUBJECT | : | Fw: copie swift |
| FOLDER | : | \ExMerge - Isa Bernocco\Inbox |
| HEADER | : | Microsoft Mail Internet Headers Version 2.0 |

Received: from mail.jacobsafra.com ([208.125.0.230]) by mailfol.thefollierigroup.com with Microsoft SMTPSVC(6.0.3790.3959);
          Mon, 18 Jun 2007 09:23:45 -0400
To: rfollieri@thefollierigroup.com
Subject: Fw: copie swift
MIME-Version: 1.0
X-Mailer: Lotus Notes Release 6.5.4 March 27, 2005
Message-ID: <OF2D9CF83D.9CEE35AA-ONC12572FE.00493779-C12572FE.004946B2@jacobsafra.com>
From: G.LEVY-SOUSSAN@jacobsafra.com
Date: Mon, 18 Jun 2007 15:20:35 +0200
X-TM-AS-Product-Ver: SMEX-7.0.0.1345-3.6.1039-15240.001
X-TM-AS-Result: No--2.033400-8.000000-31
X-MIMETrack: Serialize by Router on SRVDOM01/BJS(Release 6.5.5|November 30, 2005) at
 18.06.2007 15:18:48,
          Serialize complete at 18.06.2007 15:18:48
Content-Type: multipart/alternative; boundary="=_alternative 004946B1C12572FE_="
Return-Path: G.LEVY-SOUSSAN@jacobsafra.com
X-OriginalArrivalTime: 18 Jun 2007 13:23:45.0984 (UTC) FILETIME=[E6032C00:01C7B1AB]


--=_alternative 004946B1C12572FE_=
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable


--=_alternative 004946B1C12572FE_=
Content-Type: text/html; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable


--=_alternative 004946B1C12572FE_=--

| | | |
|---|---|---|
| MESSAGEID | : | of2d9cf83d.9cee35aa-onc12572fe.00493779-c12572fe.004946b2@jacobsafra.com |
| MESSAGEINDEX | = | 0000000787 |
| ENTRYID | : | 0000000073CFE997F2E19E44A286B67400D0903BC48F2100 |
| BODY | : | |


Mur MSG:  11018386310007PN      Réf MSG:  E103070618517339


DE  :  BANQUE J. SAFRA (MONACO)
       MONTE-CARLO MONACO


A  :  UBS AG
      STAMFORD,CT UNITED STATES


DATE : 18/06/2007 12:01


MT103 : TRANSFERT DE CREDIT POUR CLIENT UNIQUE
(20 ) REFERENCE DE L'EMETTEUR  11018386310007PN

(23B) IDENTIFICATION DE L'OPTIONCRED (No SWIFT Service Level involved)
(32A) DATE VALEUR, DEVISE, MONTANT
        VALEUR  18.JUN,07
        DEVISE  USD
        MONTANT      149'969,88
(33B) DEVISE/MONTANT D'ORIGINE  DEVISE  USD
        MONTANT      149'969,88
(50K) CLIENT DONNEUR D'ORDRE
      NUMERO DE COMPTE   /MC58243490000100244466010174
      NOM ET ADRESSE      SPIRAL ASSOCIATES SA
(53B) BQ CORRESP COTE EMETTEUR  101 WA 416118 000
(57A) COMPTE AUPRES DE BANQUE   PNBPUS33PHL
        WACHOVIA BANK, NA
        PHILADELPHIA,PA UNITED STATES
(59 ) CLIENT BENEFICIAIRE      COMPTE
        /1010142502620
        NOM & ADRESSE
        FOLLIERI RAFFAELLO
(71A) FRAIS A CHARGE        BEN
(71F) COMMISSION DU COURTIER   DEVISE  USD
        MONTANT      30,12
(-) FIN DE MESSAGE


SOURCE          :  IBERNOCCO.PST





December 22, 2006

Re: 1206-159

Mr. Maurice P. Tessier
CITIGROUP - SMITHBARNEY
91 North Front Street
Kingston, NY 12401

Subject: <u>Letter of Authorization for Wire Transfer from
Follieri / Yucaipa Investments, LLC - Operating Account No. 670-10476-1-2-511
to HSBC Private Bank - Follieri Yucaipa Investments Operating</u>

Dear Mr. Tessier,

Below please find wire instructions for the listed beneficiary which should be made from our account in subject.

Transfer Type: Foreign Wire          Total Transfer Amount: $ 177,000.00

<u>Beneficiary</u>
Account Name:          Keetdale International SA
Bank Name:             17 Avenue d'Ostende Monte Carlo, MC98000 Monaco
Bank Address:          57606 (Swift Code: BLICMCMC)
ABA Routing No.:       021 001 088
Bank Name:             HSBC Bank USA New York (Swift Code: MRMDUS33)

Thank you in advance for your attention to our request.

Sincerely,

Raffaello Follieri
Chairman and CEO

 

August 14, 2006

Re: 0806-099

Ms. Fazilett Hassan
HSBC Private Bank
452 Fifth Avenue, 27th Floor
New York, NY, 10018

Subject: <u>Wire Transfer from Follieri Yucaipa Investments, LLC</u>
<u>Acquisition Account No. 134 764 412</u>

Dear Ms. Hassan,

Below please find wire instructions for the listed beneficiary which should be made from our account in subject.

Transfer Type: Foreign Wire         Transfer Amount: $ 150,000.00

<u>Payee/Beneficiary</u>
Name:                       Keetdale International SA
Address:                 17 Avenue d' Ostende Monte Carlo, MC98000 Monaco
Account No.:           57606 (swift Code: BLICMCMC)
ABA Routing Number:   021001088
Bank Name:            HSBC Bank USA New York (Swift Code: MRMDUS33)

Mr. Raffaello Follieri (Chairman and CEO) will provide verbal approval for this wire. He can be reached at 917-385-3835.

Thank you in advance for your attention to our request.

Sincerely,

Gianfranco Di Meglio
Chief Financial Officer

# EXHIBIT 9

DRAFT

## CONSULTING AGREEMENT BETWEEN FOLLIERI GROUP LLC AND KEATSDALE INTERNATIONAL LIMITED FOR PUBLIC RELATIONS AND FINANCIAL CONSULTING SERVICES

This Consulting Agreement (the "Agreement") is dated as of _____, 2007 (the "Effective Date"), and is made by and between Follieri Group, LLC United States, a New York Corporation 350 Park Avenue, 10th Floor NY, NY 10022 ("Client"), and Keatsdale International Ltd, of Panama ("Consultant") with respect to certain services provided by Keatsdale as described herein. The parties hereby agree to the following terms and conditions in connection with such services.

1. Services. Keatsdale agrees to assist the Client in connection with public relations, development of a business plan, and financing negotiations for Follieri Group ("Project"). In the event the Client requests additional services related to the Project, the scope of such additional services shall be as agreed by the parties and shall be governed by this agreement.

2. Compensation. The parties agree that Keatsdale will be compensated by Client for its professional fees in connection with the Project as provided on Exhibit B. In addition, Client and Keatsdale shall be responsible for their own expenses incurred, including external costs such as travel and courier, and other costs such as administrative support, report reproduction and computer support as provided in Exhibit B. Compensation for any additional services provided by Keatsdale relating to the Project shall be as agreed by the parties.

3. Term. Keatsdale's services in connection with the Project shall begin on or about _____,2007, and are expected to be completed approximately one year from start date. This agreement shall govern all services provided by Keatsdale in connection with the Project and any additional services related to the Project as agreed by the parties. Either party may terminate the Project by giving sixty (60) days' prior written notice to the other. In the event of any such termination, Keatsdale shall not be compensated pro rata for professional fees and expenses incurred with respect to services performed through the effective date of termination in accordance with Section 2, and will not be entitled to any additional compensation.

4. Confidentiality. Keatsdale recognizes that certain confidential information concerning the Client will be furnished by the Client to them in connection with the Project ("Confidential Information"). The Client may furnish Materials to its legal counsel, accountants or investment bankers who have been

YUC 000053

retained by the Client to provide services in connection with the Project and who need to know such information in the performance of such services if (i) the Client informs each such person of the confidential nature of the Materials, (ii) each such person agrees not to disclose the Materials to any other person and to use the Materials solely in connection with the performance of its services to the Client.

5. Independent Contractor. The parties agree that Keatsdale is an independent contractor to Client and will not be deemed an employee of Client for any purpose whatsoever. Without limiting the foregoing, all income taxes arising from or in connection with professional fees paid by Client to Keatsdale for the services provided under this Agreement shall be borne by Keatsdale. Neither party nor such party's directors, officers, employees or agents, shall bind or make any commitment on behalf of the other party.

6. Assignment. Neither of the parties hereto shall assign or transfer its interest in this Agreement or any portion thereof without the prior written consent of the other party except that (i) Client may assign or transfer its rights and obligations under this Agreement to a subsidiary or entity controlling, controlled by or under common control with Client (an "Affiliate") or to any entity that acquires all or substantially all of the assets of Client or more than 50% of the current outstanding voting stock of Client and (ii) Keatsdale shall be entitled to assign the right to receive any compensation received hereunder to a third party without the prior written consent of Client, subject to restrictions of applicable law.

7. Severability. The various provisions and subprovisions of this Agreement are severable and if any provision or subprovision or part thereof is held to be unenforceable by any court of competent jurisdiction, then such enforceability shall not affect the validity or enforceability of the remaining provisions or subprovisions or parts thereof in this Agreement.

8. Entire Agreement/Governing Law. This Agreement (including Exhibit A) constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, oral and written, and may not be modified or amended except in writing signed by both parties. This agreement shall be governed by and construed in accordance with the laws of Jersey and the Client hereby submits to the non-exclusive jurisdiction of the Jersey Courts in connection herewith.

9. Notices. Any notices under this Agreement will be sent by certified or registered mail, return receipt requested, or by facsimile (provided that the

sender received electronic confirmation of receipt by recipient) to the address specified below or such other address as the party specifies in writing. Such notice will be effective upon being sent as specified in this Section.

EXHIBIT A

## SCOPE OF SERVICES

The scope of Keatsdales services is of Pubic Relations and Financial Consultants and subject to any changes as mutually agreed by the parties in writing.

EXHIBIT B

## PROFESSIONAL FEES AND EXPENSES

Keatsdale's professional fees for the Project shall not exceed USD 10,000,000 for term of project which shall be paid net 30 days after receipt of invoice.

## Keetsdale International

**Invoice: 0178**

**Client:** The Follieri Group, LLC
405 Park Ave.
New York, NY 10022

| **Date: 05-07-2004** | |
|---|---|
| **Objective:** Consultant for Financial and Development advice | $500,000.00 |
| **Balance to be paid:** | $2,500,000.00 |
| | |
| **Bill Total:** | $500,000.00 |

Authorized Signature: _____

Mr. Carlo De Rosa

**PAID**

Keetsdale Internantional
Panama

YUC 000071

# Keetsdale International

**Invoice:** 0203

**Client:** The Follieri Group, LLC
405 Park Ave.
New York, NY 10022

| Date: 09-07-2004 | |
|---|---|
| **Objective:** Consultant for Financial and Development advice | $500,000.00 |
| | |
| **Bill Total:** | $500,000.00 |

Authorized Signature: _____
Mr. Carlo De Rosa

---

Keetsdale Internantional
Panama

YUC 000069

## Keetsdale International

Invoice: 0192

**Client:** The Follieri Group, LLC
405 Park Ave.
New York, NY 10022

| Date: 08-22-2004 | |
|---|---|
| **Objective:** Consultant for Financial and Development advice | $440,000.00 |
| **Balance to be paid:** | $2,060,000.00 |
| | |
| **Bill Total:** | $440,000.00 |

Authorized Signature: _____   PAID
Mr. Carlo De Rosa

Keetsdale International
Panama

YUC 000070

## Keetsdale International

Invoice: 0278

**Client:** The Follieri Group, LLC
405 Park Ave.
New York, NY 10022

| Date: 01-15-2005 | |
|---|---|
| **Objective:** Consultant for Financial and Development advice | $500,000.00 |
| **Bill Total:** | $500,000.00 |

Authorized Signature: _____
Mr. Carlo De Rosa

---

Keetsdale International
Panama

YUC 000068

# EXHIBIT 10

**Draft**

**Heads of Terms**

**Project Helios/Follieri**

**6 June 2008**

## Parties (JV Partners)

1. Helios Properties plc (Helios)
   Two Berkeley Square
   London, W1J 6EB
   FTAO M J Hughes

2. Follieri Luxembourg, SARL
   Details to be confirmed.

## Pre amble

The Parties have agreed to create a Fund for the specific purpose of buying redundant Catholic Church owned property for the purpose of adding value through development, redevelopment and planning gain. The Parties will target major third party investors to invest in this opportunity; the Parties also intend to create a 50/50 joint venture company (The Management Company) to manage the Fund and the individual assets contained therein, charging the Fund fees and management charges and retaining a carried interest, details of which are set out below.

The proposed name for the Management Company is  FOLLIERI HELIOS MANAGEMENT CORPORATION and the proposed name for the fund is FOLLIERI EUROPE OPPORTUNITIES FUND I .

The Parties intend to target Europe, with initial purchases in the UK and Ireland (expand as required).

- One of the conditions of this partnership is for Helios Properties, PLC is to acquire up to 50% of FOLLIERI, SPA for an amount up to $700,000 euros.

- This acquisition is considered strategic by the Follieri, SPA for the location where the company is based Rome, Italy for even if there is no intention on behalf of HELIOS or the joint-venture to acquire property in Italy it is essential for the success of the joint-venture for FOLLIERI to maintain a presence in this territory.

**Consideration will be given to acquiring the interests of 50% of Follieri Luxembourg SARL for up to £1 million (one million pounds sterling).**

**The Parties have identified their key respective roles as follows;**

## Follieri

To provide assistance to the Catholic Church in divesting themselves of real estate assets that are no longer serving the needs of the Church by ensuring that these properties are converted into uses that will continue to serve and contribute to respective Catholic communities in a socially responsible fashion which will be consistent with the ideals of the Church by maintaining its sensitivity to the its goals and views which are of critical and ongoing importance.  Follieri will continue to advise and assist the Catholic Church by purchasing as principals, the Church's properties by renovating them for uses such as low and middle income housing, community centers, daycare facilities, senior citizen housing, places of worship , offices and retail spaces.  Additionally, Follieri will identify redundant Catholic Church owned properties and to act for the Joint venture in negotiating terms and acquiring the properties on terms acceptable to the Fund and it's Management Board.  **An initial portfolio (size to be agreed) will be required to trigger the Fund and shall serve as an integral part of the process to raise capital.**

### Helios

**To provide development management/property management expertise, providing commercial advice on all matters relating to the properties held by the Fund.**

To provide and initial operational budget of 1.5 mm pounds

To set up Fund Structure – To Raise capital and commit an amount of 100 mm pounds to the Fund

To prepare the Fund Memorandum and to manage the Joint Venture.

To prepare marketing materials for both the fund and the management company.

## Fund Structure

To comprise a specific purpose opportunity Fund for major third party investors to invest in ex-Vatican owned property.  The Parties shall target an initial Fund value of ($1 billion pounds).

Properties shall be owned within Fund via SPV's, with suitable structures, on or off-shore, to minimize tax liabilities.

There shall be a Fund Management Board, comprising representation from the Investors and the Management Company, for the purpose of approving acquisitions, disposals, development activity and all other activity related to the Fund assets and their management.  The Fund shall have a target life of (5) years.

## Management Company Structure

The Management Company (The Company) shall be responsible for managing the assets of the Fund. It shall find, negotiate acquisition terms, manage and manage development and all disposal activity on behalf of the Fund, reporting appropriately to the Fund Management Board.

The Company will be owned 50/50 between the Parties, each responsible for the matters referred above.

The Company will manage its affairs fully in accordance with proper corporate governance principles, including annual auditing/accounting procedures and the payment of all expenses and charges in accordance with an agreed financial budget, scrutinized monthly. Board meetings shall be held monthly.

All distributable profits shall be shared 50/50 between the Parties subject to the agreement regarding profit distributions mentioned below.

## Fees and Charges

The Company expects to charge the Fund the following fees for managing the Fund assets;

1. A fee of (7%) of the acquisition and development costs of each asset acquired by the Fund.
2. An annual fee equating to (1.5%) on the value of the Fund.

## Investors Returns/Management Company's carried interest

The Company shall be incentivized to maximize returns to Investors by way of a carried interest in the value of the Fund. Returns to Investors and the Company shall be apportioned as follows;

Adopting the following IRR Hurdles;

IRR 0-15%   - 100% to the Fund

IRR 16-25% - 75% to the Fund, 25% to the Management Company

IRR 26%-50% - 50% to the Fund, 50% to the Management Company

IRR 51%+      - 25% to the Fund, 75% to the Management Company

## Other Matters

The Parties have agreed to recognize the introduction of Helios and Follieri by Joseph Danenza and to reward him as set out below, once legally binding agreements are in place as follows;

A non-executive role on the Company Board at a salary to be agreed.

An introductory fee of (£250,000).

Bonus fees of (10%) of profits distributed by the Management Company to the Shareholders.

A participation in the ownership of the Company by way of non-voting capital shares, in the event only of the disposal or refinancing of the Company, of up to (2.5%), subject to the Company exceeding agreed target IRR returns. (This is a matter for the Shareholders to discuss and agree).

The Parties also agree to recognize the introduction of Follieri to Helios by Melanie A. Bonvicino and to remunerate her as set forth below, once legally binding agreements are in place as follows;

An introduction fee of (£125,000).

Bonus fees of (1%) of profits distributed by the Management Company to the Shareholders.

## Confidentiality and Non-competition

Due to the sensitive nature of the terms of the contract and the subject matter of the contract being Catholic Church properties the parties agree to draft and include provisions

for mutual confidentiality as to the terms of the contract, communications between the joint venture parties and know how in relation to the operation of the joint venture.

The parties also agree to draft and include provisions relating to mutual non-competition regarding their respective know how or contacts, whereby Helios (or entities beneficially owned by Helios) will not compete by not entering into transacting or business regarding the purchase or development of Catholic Church properties and Follieri (or entities beneficially owned by Follieri) will not approach parties made known to Follieri by Helios regarding the know how or contacts of Helios or regarding funding provided to the joint venture.  Such non-competition to remain in force for a period of 12 months after the termination of the joint venture.

## Conditions

Subject to the Parties respective Board approvals, due diligence, and legal advice.

# EXHIBIT 11

# BANK JACOB SAFRA SWITZERLAND

**PERSONAL & CONFIDENTIAL**

11 May 2008

RE:  RAFFAELLO FOLLIERI

To Whom it May Concern:

This writing shall confirm that our client Raffaello Follieri via his corporation SPIRAL INTERNATIONAL, INC. maintain numerous assets in this institution in excess of 10mm euro which include UK Treasury Bonds and other additional liquid assets.

DIRECTOR GENERAL
BANQUE J. SAFRA (MONACO) S.A.

This communication contains information that is confidential, proprietary in nature, and may also be attorney-client privileged and/or work product privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) or the person responsible for delivering it to the intended recipient(s), please note that any form of dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender and delete the original communication. Thank you for your cooperation. Please be advised that neither BANQUE J. SAFRA, (MONACO) S.A. its affiliates, its employees or agents accept liability for any errors, omissions or damages caused by delays of receipt or by any virus infection in this message or its attachments, or which may otherwise arise as a result of this e-mail transmission.

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

# EXHIBIT 12

# Friends,

Since our founding in 2003, it has been an exciting few years for The Follieri Group. In June 2005, we created the first fund ever designed with the unique purpose of investing in Catholic Church real estate in the United States. The results have far exceeded our expectations, clearly demonstrating a great need for the work our company is undertaking. The Follieri development portfolio is national in scope and includes a variety of conversion and development projects including affordable and market rate housing, daycare, community centers, retirement communities and mixed use properties.

Our unique approach has been so well received by the Church, the business community and our friends, that I am encouraged every day that the path we have chosen is the right one. It pleases me that our original mission to create a company that follows the fundamental values, principles and teachings of the Catholic Church is growing as both a successful business model and resource for the Church and the communities in which we are working.

Last year was spent recruiting the right people to create a strong, highly-skilled and dedicated team. I am confident that we now have the human capital to match our financial resources as we continue to build a company that provides an invaluable service to the Catholic Church.

I am also proud of the progress we have made around the charitable activities of The Follieri Foundation both in the United States and abroad, with healthcare programs in Nicaragua and Brazil, and with the United States prescription drug card program reducing the cost of prescription drugs for both uninsured and underinsured patients. It has been fulfilling to see the fruits of our labor benefit people across the globe. The model works because The Follieri Group supports The Follieri Foundation through donations, development opportunities and community partnerships.

We thank those who have supported us; know that we will continue to work tirelessly to see our important mission grow.

RAFFAELLO FOLLIERI
*Chairman & Chief Executive Officer*

# EXHIBIT 13

**Follieri Foundation – Prospective Board Members**

**Invitations already sent:**
Sig.ra Anna Cordella
Miss Anne Hathaway
Sig.re Andrea Sodano
Tarcisio Cardinal Bertone
Monsignore Giovanni Carrù
The Honorable William J. Clinton
Angelo Cardinale Sodano
Archbishop Celestino Migliore
Princess Caroline of Hanover
Crown Princess Victoria
Justin Cardinal Francis Rigali
Crescenzio Cardinal Sepe

**To invite:**
Pietro Sambi, Apostolic Nuncio to the UN
Oscar Andrés Rodríguez Maradiaga, S.D.B., Cardinal, Honduras
Norberto Rivera Carrera, Cardinal, Archbishop, Mexico City
Eusébio Oscar Scheid, S.C.I., Cardinal, Archbishop, Rio de Janeiro
Georgio Armani
Ellen Johnson-Sirleaf, President of Liberia
Josephine (Raffaello's friend)
George Clooney
Silvio Berlusconi, Prime Minister of Italy
Laura Bush
Kitty Martinez