# EXHIBIT 14

Dal Vaticano, 16 febbraio 2006

Preg.mo Sig. Follieri,

    Ho ricevuto la stimata del 13 c.m., con la quale Ella, nell'illustrare le finalità del progetto caritativo intrapreso dal *"Follieri Group"*, mi ha cortesemente invitato a farne parte.

    Mentre ringrazio per il deferente pensiero, sono tuttavia a chiederLe di voler considerare come, in ragione del mio ufficio, purtroppo non vedo possibile di accogliere la Sua proposta. E' ben noto, d'altronde, che tale prassi sia quella sempre seguita in simili circostanze.

    Mi è gradito l'incontro per porgerLe distinti saluti.

Suo dev.mo

*A. Card. Sodano*

---

Preg.mo Signore
Sig. RAFFAELLO FOLLIERI
The Follieri Group, LLC
350 Park Avenue, 10th Floor
NEW YORK,  NY 10022
U.S.A.

From the Vatican, February 16, 2006

My Dear Mr. Follieri

    I received the brochure of 13 c.m., which explains the objectives of the project for charity being undertaken by the Follieri Group and your request for me to participate in it.

    While I thank you for the deferential thought, I am nevertheless must ask you to understand that, because of my position, I do not think it would be possible for me to accept such an offer. You should know that this would be the standard procedure followed in similar circumstances.

    It is with great pleasure that I send you my best regards,

                                    Your devoted,

                                    A. Card. Sodano

Mr. Raffaello Follieri
The Follieri Group LLC
350 Park Avenue, 10th Floor
New York, N.Y. 10022
U.S.A.

# EXHIBIT 15

Header

| | | |
|---|---|---|
| FROM | : | McBride, Judy <mcbridej@carmengroup.com> |
| TO | : | Raffaello Follieri </O=FOLLIERI/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RFOLLIERI> |
| DATE | = | 06/25/2007 |
| TIME | : | 11:00:16 -0400 |
| GMT_DATE | = | 06/25/2007 |
| GMT_TIME | : | 15:00:16 GMT |
| SUBJECT | : | Photos from Press Conf. |
| FOLDER | : | \ExMerge - Isa Bernocco\Inbox |
| ATTACHMENT | : | \\USANYSSFP01\ALS\DATABASES\FG\PROD\DATABASES\ATTACH0036\2b947d7b31a96642994d955eb3a9301f0183803f@prime.#1.Untitled.PDF \\USANYSSFP01\ALS\DATABASES\FG\PROD\DATABASES\ATTACH0036\2b947d7b31a96642994d955eb3a9301f0183803f@prime.#2.follierisignin.doc |
| HEADER | : | Microsoft Mail Internet Headers Version 2.0 |

Received: from mail.carmengroup.com ([208.125.0.230]) by mailfol.thefollierigroup.com with Microsoft SMTPSVC(6.0.3790.3959);
          Mon, 25 Jun 2007 11:04:45 -0400
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----_=_NextPart_001_01C7B739.8A4AE432"
X-MimeOLE: Produced By Microsoft Exchange V6.5
Subject: Photos from Press Conf.
Date: Mon, 25 Jun 2007 11:00:16 -0400
Message-ID: <2B947D7B31A96642994D955EB3A9301F0183803F@prime>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Photos from Press Conf.
Thread-Index: Ace3ONjF2gggms2CRUeAHMq+FIFNSQAAEGCw
From: "McBride, Judy" <mcbridej@carmengroup.com>
To: "Raffaello Follieri" <rfollieri@thefollierigroup.com>
Return-Path: mcbridej@carmengroup.com
X-OriginalArrivalTime: 25 Jun 2007 15:04:45.0640 (UTC) FILETIME=[2ABD8C80:01C7B73A]
X-TM-AS-Product-Ver: SMEX-7.0.0.1345-3.6.1039-15254.001
X-TM-AS-Result: No--11.822900-8.000000-1

------_=_NextPart_001_01C7B739.8A4AE432
Content-Type: multipart/alternative;
        boundary="----_=_NextPart_002_01C7B739.8A4AE432"

------_=_NextPart_002_01C7B739.8A4AE432
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

------_=_NextPart_002_01C7B739.8A4AE432
Content-Type: text/html;
        charset="us-ascii"
Content-Transfer-Encoding: quoted-printable


------_=_NextPart_002_01C7B739.8A4AE432--
------_=_NextPart_001_01C7B739.8A4AE432
Content-Type: application/octet-stream;
        name="Untitled.PDF"
Content-Transfer-Encoding: base64
Content-Description: Untitled.PDF
Content-Disposition: attachment;
        filename="Untitled.PDF"

------_=_NextPart_001_01C7B739.8A4AE432
Content-Type: application/msword;
        name="follierisignin.doc"
Content-Transfer-Encoding: base64
Content-Description: follierisignin.doc
Content-Disposition: attachment;

Header

filename="follierisignin.doc"

------_=_NextPart_001_01C7B739.8A4AE432--

| | |
|---|---|
| MESSAGEID | : 2b947d7b31a96642994d955eb3a9301f0183803f@prime |
| MESSAGEINDEX | = 0000000615 |
| ENTRYID | : 0000000073CFE997F2E19E44A286B67400D0903BC4792100 |
| BODY | : Raffaello- |

Here are the photos that went out on the wire services on Friday night. According to UPI over 600 subscribers chose one or more pictures for their publications. We don't know which pictures were chosen and we don't know who the subscribers are since UPI will not release that information. We have also included a list of the journalists who attended the conference-18 in all. There are also people who did not attend but who want to follow up including but not limited to People magazine who want to do a feature in Honduras, OK magazine who wants an exclusive to travel with you to Honduras, US magazine, E-Television, CNN, and New York One. We are following up with these today.

Victor

SOURCE         : IBERNOCCO.PST

Case 1:08-cr-00850-JGK Document 26-3 Filed 10/20/08 Page 7 of 16

Welcome to the UPI NEWSPICTURES archive.                                                   Page 1 of 1



**Image ID: 9579739**
**HATHAWAY FOLLIERI, NEW YORK NY 6/22/2007**
MONIKA GRAFF

Raffaello Follieri (L), founder and chair of the Follieri Foundation, talks about his foundation's new hepatitis inoculation program as actress Anne Hathway, a member of the foundation, listens during a press conference on June 22, 2007 in New York City. The program will benefit about 380,000 children in small villages over a two-year period. (UPI Photo/Monika Graff)

Case 1:08-cr-00850-JGK  Document 26-3  Filed 10/20/08  Page 8 of 16

Welcome to the UPI NEWSPICTURES archive. Page 1 of 1



**Image ID: 9578910**
**HATHAWAY FOLLIERI, NEW YORK NY 6/22/2007**
MONIKA GRAFF

Actress Anne Hathway (C), a member of the Follieri foundation, talks with Raffaello Follieri (R) founder and chair of the foundation, as Ivan Romero Martinez, ambassador from Honduras to the United Nations, looks on, after they announced the foundation's new hepatitis inoculation program for Honduran children on June 22, 2007 in New York City. The program will benefit about 380,000 children in small villages over a two-year period. (UPI Photo/Monika Graff)

Case 1:08-cr-00850-JGK   Document 26-3   Filed 10/20/08   Page 9 of 16

Welcome to the UPI NEWSPICTURES archive.                                    Page 1 of 1



**Image ID: 9579611**
**HATHAWAY FOLLIERI, NEW YORK NY 6/22/2007**
MONIKA GRAFF

Raffaello Follieri (L), founder and chair of the Follieri Foundation, talks about his foundation's new hepatitis inoculation program as actress Anne Hathway, a member of the foundation, listens during a press conference on June 22, 2007 in New York City. The program will benefit about 380,000 children in small villages over a two-year period. (UPI Photo/Monika Graff)

Case 1:08-cr-00850-JGK   Document 26-3   Filed 10/20/08   Page 10 of 16

Welcome to the UPI NEWSPICTURES archive.    Page 1 of 1



**Image ID: 9579567**
HATHAWAY FOLLIERI, NEW YORK NY 6/22/2007
MONIKA GRAFF

Raffaello Follieri (L), founder and chair of the Follieri Foundation, and actress Anne Hathway, a member of the foundation, speak at a press conference to announce the foundation's new hepatitis inoculation program for Honduran children on June 22, 2007 in New York City. The program will benefit about 380,000 children in small villages over a two-year period. (UPI Photo/Monika Graff)

Case 1:08-cr-00850-JGK   Document 26-3   Filed 10/20/08   Page 11 of 16

Welcome to the UPI NEWSPICTURES archive.                                    Page 1 of 1



**Image ID: 9579612**
**HATHAWAY FOLLIERI, NEW YORK NY 6/22/2007**
MONIKA GRAFF

Actress Anne Hathway (L), a member of the Follieri foundation, and Raffaello Follieri, founder and chair of the foundation, attend a press conference to announce the foundation's new hepatitis inoculation program for Honduran children on June 22, 2007 in New York City. The program will benefit about 380,000 children in small villages over a two-year period. (UPI Photo/Monika Graff)

# EXHIBIT 16

**Check 1278**

FOLLIERI YUCAIPA INVESTMENTS, LLC
350 PARK AVE
NEW YORK, NY 10022

1-108/210

0 2 3 2 0 6 0 0 3 0 8

DATE: July 24, 2006

PAY TO THE ORDER OF: Arquiepiscopal do Rio de Janeiro     $ 85,000.00

Eighty Five thousand — 00/100 DOLLARS

HSBC BANK, USA N.A.

FOR: Follieri Foundation Aids Hospice

⑴001278⑵  ⑶021001088⑷  134764412⑸   ⑹000850000⑺

(Stamped: BRADESCO S.A.)

---

**Check 1277**

FOLLIERI YUCAIPA INVESTMENTS, LLC
350 PARK AVE
NEW YORK, NY 10022

1-108/210

COLLECTION

DATE: July 24, 2006

PAY TO THE ORDER OF: Arquiepiscopal do Sao Salvador du Bahia    $ 25,000.00

Twenty Five thousand — 00/100 DOLLARS

HSBC BANK, USA N.A.

FOR: Follieri Foundation Opus Bahia

⑴001277⑵  ⑶021001088⑷  134764412⑸   ⑹000250000⑺

---

**Check 1744**

FOLLIERI YUCAIPA INVESTMENTS, LLC
350 PARK AVE
NEW YORK, NY 10022

1-108/210

DATE: July 21, 2006

PAY TO THE ORDER OF: CASH     $ 2900.00

Two thousand nine hundred — 00/100 DOLLARS

HSBC BANK USA, N.A.

FOR: Follieri Foundation

YUC 000660





YUC 000661

# EXHIBIT 17

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB 1115-0077

### I-94 Arrival Record

Admission Number
**28828626918**

SAVI Indicator
**None**

| 1. Family Name FOLLIERI | | | |
|---|---|---|---|
| 2. First (Given) Name RAFFAELLO | | 3. Birth Date (Day/Mo/Yr) 06/28/1978 | |
| 4. Country of Citizenship ITALY (117) | | 5. Sex (Male or Female) Male | |
| 6. Passport Number F357907 | 7a. Airline and Flight Number AA 00131 | 7b. Arrival Date (Mo/Day/Yr) 06/17/2008 | 7c. Arrival Port NYC |
| 8. Country Where You Live ITALY (117) | 9. Country Where you Boarded | | |
| 10a. City Where Visa Was Issued ROME (ROM) | 10b. Visa Class TEMPORARY VISITOR FOR BUSINESSTEMPORARY VISITOR FOR BUSINESS (B1B1) | 11a. Date Issued (Mo/Day/Yr) 11/08/2000 | 11b. Date Admission Expires (Mo/Day/Yr) 09/16/2008 |
| 12. Address While in the United States (Number and Street) 641 FIFTH AV | | | |
| 13. City and State NEW YORK  NY | | | |

### I-94 Departure Record

| 14. Port | 15. Length of Stay |
|---|---|
| 16. Airline and Flight Number/Ship Name | 17. Departure Date (Mo/Day/Yr) None |
| 16a. Scheduled Airline and Flight Number | 17a. Scheduled Departure Date (Mo/Day/Yr) None |
| File Group WESTERN EUROPE (EU) | |

| 18. Occupation | 19. Waivers |
|---|---|
| 20. INS File | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. Bond | 25. Prospective Student |
| 26. Itinerary/Comments | |
| 27. TWOV Ticket Number | |

General    Links    Rule Findings

Close